■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANTHONY J. D'AMICO and DOMINIC BRETTI, Respondents. (Appeal No. 2.)—Order unanimously affirmed. Same memorandum as in *People v D'Amico* ([appeal No. 1] 148 AD2d 982 [decided herewith]). (Appeal from order of Oneida County Court, Hurlbutt, J.—renew and reargue.) Present—Doerr, J. P., Denman, Boomer, Balio and Davis, JJ.